AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means       ☑ Original       ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE MONITORING OF GLOBAL POSITIONING SYSTEM INFORMATION AND CELL SITE DATA FOR AT&T CELL PHONE WITH TELEPHONE NUMBER 323-200-7137, IMSI NUBMER 310410925249528 AND IMEI 3548330926988215

Case No. 19-sc-747

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Columbia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before     April 19, 2019     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Magistrate Deborah A. Robinson
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of     08/03/2019

Date and time issued:   04/05/2019

**Deborah A. Robinson**
Digitally signed by Deborah A. Robinson
Date: 2019.04.05 15:22:20 -04'00'
*Judge's signature*

City and state:   Washington, D.C.

Magistrate Judge Deborah A. Robinson
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 19-sc-747 | Date and time warrant executed: 4/10/2019  20:12 (GMT) | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

SW COLLECTED GPS LOCATION DATA FROM TELEPHONE NUMBER 323-200-7137 FROM 4/10/19 20:12 GMT - 05/4/2019 18:29 GMT

Nothing Follows

FILED
DEC 12 2019
Clerk, U.S. District and Bankruptcy Courts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/11/2019

*Executing officer's signature*

S/A Josh Miller
*Printed name and title*